UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MAUDO FOFANA, | ) | CASE NO.  C07-1749-JLR-MAT |
| | ) | (CR04-511-JLR) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER RE: PETITIONER'S |
| | ) | MOTION FOR JUDICIAL NOTICE |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. On November 19, 2007, the Court directed respondent to file an answer to the motion. (Dkt. No. 5). On December 3, 2007, petitioner filed a "Motion for Judicail [sic] Notice." (Dkt. No. 6). Having reviewed the motion, the Court does hereby ORDER that:

(1)  In his motion, petitioner seeks to submit, for the Court's consideration, additional documents that he contends support his § 2255 motion. Accordingly, the motion is construed as a motion to supplement his previously-filed § 2255 motion. So construed, the motion is GRANTED.

(2)  In order to give respondent adequate time to consider these new documents and

address them in its answer, the Court *sua sponte,* grants respondent an extension of time to file its answer. Respondent shall file its answer no later than **January 9, 2007.** The procedure and rules governing the filing of the answer remain the same as set forth in the Court's Order of November 19, 2007. (Dkt. No. 5).

(3) The Clerk shall direct a copy of this Order to petitioner, to counsel for respondent, and to the Honorable James L. Robart.

DATED this 10th day of December, 2007.

Mary Alice Theiler
United States Magistrate Judge

ORDER RE: PETITIONER'S
MOTION FOR JUDICIAL NOTICE
PAGE -2