Fofana v. Clark | Doc. 12
Case 2:07-cv-01749-JLR   Document 12   Filed 02/22/2008   Page 1 of 1
Case 2:07-cv-01749-JLR   Document 11-3   Filed 01/30/2008   Page 1 of 1

___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

FEB 22 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

07-CV-01749-ORD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| MAUDO FOFANA, ) <br> ) Petitioner, ) <br> ) v. ) <br> ) NEIL CLARK, ) <br> ) Respondent. ) | CASE NO. C07-1749-JLR <br> (CR04-511-JLR) <br><br> ORDER DENYING § 2255 MOTION |

The Court, having reviewed petitioner's § 2255 motion, the government's response, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 2255 motion (Dkt. No. 1) is DENIED and this action is DISMISSED with prejudice; and

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 22nd day of February, 2008.

JAMES L. ROBART
United States District Judge

ORDER DENYING § 2255 MOTION
PAGE -1