___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAR 17 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAUDO FOFANA, | CASE NO. C07-1749-JLR |
| Petitioner, | (CR04-511-JLR) |
| v. | |
| NEIL CLARK, | ORDER DENYING § 2255 MOTION |
| Respondent. | |

The Court, having reviewed petitioner's § 2255 motion, the government's response, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 2255 motion (Dkt. No. 1) is DENIED and this action is DISMISSED with prejudice; and

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 17th day of March, 2008.

JAMES L. ROBART
United States District Judge

07-CV-01749-ORD

ORDER DENYING § 2255 MOTION
PAGE -1